UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA ALEXANDER, on behalf of herself and all others similarly situated,<br><br>                          Plaintiff,<br><br>-against-<br><br>MCNALLY JACKSON BOOKS, LLC,<br><br>                          Defendant. | Case No. 1:25-cv-07750 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff Erika Alexander ("Plaintiff") filed this action on September 18, 2025, and served Defendant McNally Jackson Books, LLC ("Defendant") with the summons and Complaint on October 10, 2025. Dkts. 1, 6. Defendant's answer was due October 31, 2025, but, to date, Defendant has neither appeared in the matter nor responded to the Complaint. On November 6, 2025, Plaintiff filed a Proposed Clerk's Certificate of Default and supporting affirmation, which were rejected as deficient filings. Dkts. 7-8. To date, Plaintiff has not re-filed these documents or moved for default judgment.

      As a courtesy, Defendant's time to answer or otherwise respond to the Complaint is extended to November 24, 2025. Defendant's failure to do so may result in the Court directing Plaintiff to re-file her deficient filings and move for default judgment.

Dated: November 17, 2025
       New York, New York

                                                       SO ORDERED.

                                                       *Jennifer Rochon*
                                                     JENNIFER L. ROCHON
                                                     United States District Judge