UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA ALEXANDRIA, on behalf of herself
and all others similarly situated,

Plaintiff,

-against-

MCNALLY JACKSON BOOKS, LLC,

Defendant.

Case No. 1:25-cv-07750 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 10, 2025, Plaintiff Erika Alexandria ("Plaintiff") served Defendant McNally

Jackson Books, LLC ("Defendant") with the summons and Complaint in this action.  Dkts. 1, 6.

On November 17, 2025 — because Defendant had failed to respond to the Complaint, and

because Plaintiff's motion for default judgment had been rejected as a deficient filing, *see* Dkts.

7-8 — the Court extended Defendant's time to answer or otherwise respond to the Complaint to

November 24, 2025.  Dkt. 10.  To date, Defendant has not responded to the Complaint or

appeared in this matter.

As a courtesy, the Court will grant Defendant a final extension to December 8, 2025.

Defendant's failure to answer or otherwise respond to the Complaint by that time may result in

the Court directing Plaintiff to re-file her motion for default judgment.

Dated: December 1, 2025
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge