UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA ALEXANDRIA, on behalf of herself
and all others similarly situated,

                              Plaintiff,

                -against-

McNALLY JACKSON BOOKS, LLC,

                              Defendant.

Case No. 1:25-cv-07750 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Erika Alexandria ("Plaintiff") filed the Complaint in this action on September 18, 2025, and served it upon Defendant McNally Jackson Books, LLC ("Defendant"), on October 10, 2025. *See* Dkts. 1, 6. On December 9, 2025, because Defendant had not appeared in the matter or responded to the Complaint despite multiple extensions, the Court directed Plaintiff to move for default judgment by December 23, 2025. Dkt. 12. Plaintiff has not done so.

As a courtesy, the Court extends Plaintiff's time to move for default judgment to January 13, 2026. Plaintiff's failure to move for default judgment by that time may result in the dismissal of her case for failure to prosecute without further notice from the Court.

Dated:  December 30, 2025
        New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge