

**STEIN | SAKS, PLLC**

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 14, 2026

Request GRANTED.  Plaintiff shall move for default judgment by March 16, 2026.  Given the Court's prior warnings, failure to do so will result in dismissal of this action for failure to prosecute.

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

Dated: January 14, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

RE:    *Alexandria v. McNally Jackson Brothers, LLC*
        Case No. 1:25-cv-07750-JLR

Dear Judge Rochon:

Pursuant to the Order entered on December 30, 2025, Plaintiff submits the within request.

Due to a delay in Plaintiff serving the Defendant with the Clerk's Certificate of Default, Plaintiff requests an additional sixty (60) days to file a motion for a default judgment to allow Defendant the chance to appear.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

cc:    All Counsel of Record via ECF